**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 08-6012

JEWEL LLOYD,

Plaintiff - Appellant,

v.

DEPARTMENT OF CORRECTIONS,

Defendant - Appellee.

Appeal from the United States District Court for the Eastern District of Virginia, at Norfolk. Jerome B. Friedman, District Judge. (2:07-cv-00487-JBF-JEB)

Submitted: April 17, 2008          Decided: April 23, 2008

Before WILKINSON, NIEMEYER, and MICHAEL, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Jewel Lloyd, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Jewel Lloyd appeals the district court's order dismissing her 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See Lloyd v. Dep't of Corr., No. 2:07-cv-00487-JBF-JEB (E.D. Va. filed Nov. 15, 2007; entered Nov. 16, 2007). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED